

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**
8 Church Circle
Annapolis, Maryland  21401

Main: 410-222-1397
Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** J & H TRUCKING LLC
DBA J&H TRUCK CO. LLC.
418 ELLISON STREET
PATERSON, NJ 07501

| | |
|---|---|
| **Case Number:** | C-02-CV-21-001018 |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**ROBERT BARRON VS. J & H TRUCKING LLC, ET AL.**

Issue Date: 12/22/2021

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

ROBERT BARRON
54 Northwood Drive
Timonium, MD  21093

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*
Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# EXHIBIT A

Circuit Court for Anne Arundel County
Robert Barron vs. J & H Trucking LLC, et al.                Case Number: C-02-CV-21-001018

## SHERIFF'S RETURN
(please print)

To: J & H TRUCKING LLC

_____ ID# _____ of the _____
    Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                    Name of person served

on _____ at _____
    Date of service              Location of service

_____ by _____ with the following:
                              Manner of service

☐ Summons                          ☐ Counter-Complaint
☐ Complaint                        ☐ Domestic Case Information Report
☐ Motions                          ☐ Financial Statement
☐ Petition and Show Cause Order    ☐ Interrogatories
☐ Other _____
        Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address    ☐ No such address
☐ Address not in jurisdiction         ☐ Other _____
                                              Please specify

Sheriff fee: $ _____   ☐ waived by _____

_____    _____
    Date          Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

# EXHIBIT A

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | |
|---|---|
| **ROBERT BARRON**<br>54 Northwood Drive<br>Timonium, Maryland 21093<br><br>*Plaintiff*<br><br>*v.*<br><br>**J & H TRUCKING LLC**<br>(D/B/A **J&H TRUCK CO. LLC**)<br>418 Ellison Street<br>Paterson, New Jersey 07501<br><br>*and*<br><br>**LUIS RAMIEREZ-GENAO**<br>239 Straight Street<br>Paterson, New Jersey 07501<br><br>*Defendants* | Case No. |

## COMPLAINT

**COMES NOW** Plaintiff Robert Barron, through counsel, John J. Cord and Posner & Cord, LLC, and for causes of action, sues Defendants J & H Trucking LLC (d/b/a J & H Truck Co. LLC), and states as follows:

### JURISDICTION AND VENUE

1.  Venue is appropriate in Anne Arundel County, Maryland pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 6-201 *et seq.* because the collision at issue occurred in Anne Arundel County.

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

1

# EXHIBIT A

## THE PARTIES

2.  Plaintiff Robert Barron is a citizen and resident of Baltimore County.

3.  Defendant J & H Trucking LLC is a business registered in New Jersey, and operating in Anne Arundel County, Maryland.

4.  Defendant Luis Ramierez-Genao is a citizen and resident of New Jersey.

## FACTUAL BACKGROUND

5.  On August 3, 2018, Plaintiff was a member of the army stationed at a guard booth at Ft. Meade.

6.  On the same date and time, a vehicle owned by Defendant J & H Trucking LLC and operated by Defendant Luis Ramierez-Genao was approaching the guard booth.

7.  Defendants' vehicle collided into the guard booth, causing a collision and injuries to Plaintiff.

## COUNT I
## NEGLIGENCE
## (LUIS RAMIEREZ-GENAO)

8.  Plaintiff hereby incorporates by reference and realleges all paragraphs within this Complaint as if fully set forth herein.

9.  Defendant Luis Ramierez-Genao had a duty to act reasonably and use due care while driving.  At the date and time of the collision, Defendant Luis Ramierez-Genao breached that duty and was negligent in the following particulars, among others:

**EXHIBIT A**

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

a. Failure to give time and attention;

b. Failure to keep a proper lookout;

c. Reckless driving;

d. Failure to yield the right-of-way;

e. Failure to keep his vehicle under control;

f. Failure to drive in accordance with the laws and regulations of the State of Maryland; and

g. Other acts of negligence not yet specified.

10. As a direct result of the automobile collision and Defendant Luis Ramierez-Genao's negligence, Plaintiff suffered physical injuries and conscious pain and suffering; and incurred medical expenses and other damages.

11. All of the Plaintiff's damages were proximately caused by the negligence of Defendant Luis Ramierez-Genao, and were incurred without contributory negligence or assumption of the risk on the part of the Plaintiff, and without an opportunity for Plaintiff to avoid the collision.

**WHEREFORE**, Plaintiff Robert Barron demands judgment against Defendant Luis Ramierez-Genao in an amount exceeding $75,000.00, plus costs, pre-judgment interest and post-judgment interest.

### COUNT II
### NEGLIGENT ENTRUSTMENT
### (J & H TRUCKING LLC)

12. Plaintiff hereby incorporates by reference and realleges all paragraphs within this Complaint as if fully set forth herein.

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

-3-

**EXHIBIT A**

13. Defendant Luis Ramierez-Genao was acting within the scope of his employment with Defendant J & H Trucking LLC, or else he was a permissive driver at the time of the collision.

14. Defendant Luis Ramierez-Genao was a reckless and incompetent driver at the time of the collision.

15. Defendant J & H Trucking LLC knew or should have known that Defendant Luis Ramierez-Genao was a reckless and incompetent driver on the day of the collision.

16. Despite such knowledge, Defendant J & H Trucking LLC negligently permitted Defendant Luis Ramierez-Genao to operate a vehicle within its control, and negligently entrusted that vehicle to Defendant Luis Ramierez-Genao.

17. As a direct result of the automobile collision and Defendant J & H Trucking LLC's negligence, Plaintiff suffered physical injuries and conscious pain and suffering; and incurred medical expenses and other damages.

18. All of the Plaintiff's damages were proximately caused by the negligence of Defendant J & H Trucking LLC, and were incurred without contributory negligence or assumption of the risk on the part of the Plaintiff, and without an opportunity for Plaintiff to avoid the collision.

**WHEREFORE**, Plaintiff Robert Barron demands judgment against Defendant J & H Trucking LLC in an amount exceeding $75,000.00, plus costs, pre-judgment interest and post-judgment interest.

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

-4-

**EXHIBIT A**

**COUNT II**
*RESPONDEAT SUPERIOR*
**(J & H TRUCKING LLC)**

19. Plaintiff hereby incorporates by reference and realleges all paragraphs within this Complaint as if fully set forth herein.

20. Defendant Luis Ramierez-Genao was acting within the scope of his employment, or as the agent or servant, with Defendant J & H Trucking LLC at the time of the collision.

21. As a direct result of the automobile collision and Defendant Luis Ramierez-Genao's negligence, Plaintiff suffered physical injuries and conscious pain and suffering; and incurred medical expenses and other damages.

22. All of the Plaintiff's damages were proximately caused by the negligence of Defendant Luis Ramierez-Genao, for which Defendant J & H Trucking LLC is responsible, and were incurred without contributory negligence or assumption of the risk on the part of the Plaintiff, and without an opportunity for Plaintiff to avoid the collision.

**WHEREFORE**, Plaintiff Robert Barron demands judgment against Defendant J & H Trucking LLC in an amount exceeding $75,000.00, plus costs, pre-judgment interest and post-judgment interest.

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

-5-

EXHIBIT A

Respectfully submitted,

**POSNER & CORD, LLC**

   /s/ John J. Cord
John J. Cord
CPF No. 0312160144
108 W. Timonium Road,
Suite 303
Timonium, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@charmcitylawyer.com
www.charmcitylawyer.com
*Counsel for Plaintiff*

### RULE 20-201 CERTIFICATE

I certify that this filing does not contain any restricted information.

   /s/ John J. Cord
John J. Cord

### REQUEST FOR ISSUANCE OF SUMMONS

This is an initial filing and Plaintiff requests that the Clerk issue writs of summons for Defendants.

   /s/ John J. Cord
John J. Cord
*Counsel for Plaintiff*

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

-6-

**EXHIBIT A**

IN THE CIRCUIT COURT FOR Anne Arundel County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF  ☐ DEFENDANT   CASE NUMBER _____ (Clerk to insert)

**CASE NAME:** Maria Yiassemides  vs.  State Farm Mut. Auto. Ins., et al.
                 Plaintiff                              Defendant

**PARTY'S NAME:** Maria Yiassemides    **PHONE:** n/a
**PARTY'S ADDRESS:** 600 South Broadway, Apt. 229; Baltimore, MMaryland 21231
**PARTY'S E-MAIL:** n/a

If represented by an attorney:
**PARTY'S ATTORNEY'S NAME:** John J. Cord   **PHONE:** 410.252.0600
**PARTY'S ATTORNEY'S ADDRESS:** 108 W. Timonium Road, Suite 303; Timonium, MD 21093
**PARTY'S ATTORNEY'S E-MAIL:** jcord@charmcitylawyer.com

**JURY DEMAND?** ☒ Yes  ☐ No
**RELATED CASE PENDING?** ☐ Yes ☒ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** _____ hours  3 days

### PLEADING TYPE

**New Case:** ☒ Original  ☐ Administrative Appeal  ☐ Appeal
**Existing Case:** ☐ Post-Judgment  ☐ Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

**CC-DCM-002** (Rev. 04/2017)            Page 1 of 3

# EXHIBIT A

| **IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)** |
|---|

| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
|---|---|---|---|
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☒ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated **Liability** above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☒ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| **MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)** |
|---|

☐ Under $10,000   ☒ $10,000 - $30,000   ☐ $30,000 - $100,000   ☐ Over $100,000

☒ Medical Bills $ __16,253.20__   ☐ Wage Loss $ _____   ☐ Property Damages $ _____

| **ALTERNATIVE DISPUTE RESOLUTION INFORMATION** |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation      ☐ Yes   ☒ No         C. Settlement Conference   ☒ Yes   ☐ No
B. Arbitration    ☐ Yes   ☒ No         D. Neutral Evaluation       ☐ Yes   ☒ No

| **SPECIAL REQUIREMENTS** |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| **ESTIMATED LENGTH OF TRIAL** |
|---|

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL***.   *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less           ☐ 3 days of trial time
☐ 1 day of trial time                ☐ More than 3 days of trial time
☐ 2 days of trial time

| **BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM** |
|---|

***For all jurisdictions***, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ **Expedited**- Trial within 7 months of Defendant's response         ☐ **Standard** - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |
|---|

CC-DCM-002 (Rev. 04/2017)                       Page 2 of 3


**EXHIBIT A**

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* |
| ☐ **Expedited** - Trial within 7 months of Defendant's response     ☐ **Standard** - Trial within 18 months of Defendant's response |

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff ......................................... . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

July 29, 2021
Date

108 W. Timonium Road, Suite 303
Address

Timonium     MD     21093
City     State     Zip Code

/s/ John J. Cord
Signature of Counsel / Party

John J. Cord
Printed Name

CC-DCM-002 (Rev. 04/2017)     Page 3 of 3



EXHIBIT A

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| **ROBERT BARRON** | |
|---|---|
| *Plaintiff* | |
| *v.* | Case No. |
| **J & H TRUCKING LLC,** *et al.* | |
| *Defendants* | |

### DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, through counsel John J. Cord and Posner & Cord, LLC; and demands a jury trial on all issues pursuant to Maryland Rule 2-325.

Respectfully submitted,

**POSNER & CORD, LLC**

   /s/ John J. Cord
John J. Cord
CPF No. 0312160144
108 W. Timonium Road, Suite 303
Timonium, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@charmcitylawyer.com
www.charmcitylawyer.com
*Counsel for Plaintiff*

### RULE 20-201 CERTIFICATE

I certify that this filing does not contain any restricted information.

   /s/ John J. Cord
John J. Cord

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com



EXHIBIT A